UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07mj3001-02 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ERICK MELO-SAMPER HERAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101

Dated:  January 3, 2008                          ___ /s/ Jason I. Ser ___
                                                 JASON I. SER
                                                 Federal Defenders
                                                 225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 jason_ser@fd.org